NO. 07-05-0057-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL E

APRIL 14, 2005

______________________________

DAWN DOUGLAS, APPELLANT

V.

TEXAS FARMERS INSURANCE COMPANY, APPELLEE

_________________________________

FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY;

NO. 99-12508A; HONORABLE W. JEANNE MEURER, JUDGE

_______________________________

Before QUINN and REAVIS, JJ. and BOYD, S.J.
(footnote: 1)
MEMORANDUM OPINION

Pursuant to Rule 42.1(a)(2) of the Texas Rules of Appellate Procedure, appellant Dawn Douglas and appellee Texas Farmers Insurance Company have filed an agreed joint motion to dismiss this appeal representing they have resolved their differences.  We grant the motion and per their agreement, costs are to be assessed against the party incurring them.  
See
 Tex. R. App. P. 42.1(d).  Having dismissed the appeal at the request of the parties, no motion for rehearing will be entertained and our mandate will issue forthwith.

Don H. Reavis

    Justice

   

FOOTNOTES
1:
John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment.